ACCEPTED
03-14-00029-CV
4759149
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 1:06:18 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00029-CV

| | | |
|---|---|---|
| OSCAR MELENDEZ AND | § | IN THE THIRD |
| CONNIE MELENDEZ, | § | |
| APPELLANTS, | § | |
| | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| CITIMORTGAGE, INC., | § | |
| ERNESTINE WILLIAMS, AND | § | |
| WENDY ALEXANDER, | § | |
| APPELLEES. | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 1:06:18 PM
JEFFREY D. KYLE
Clerk

### NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE FOR ERNESTINE WILLIAMS AND WENDY ALEXANDER

Coury M. Jacocks is entering an appearance as lead counsel for Appellees Earnestine Williams and Wendy Alexander.

Appellees Earnestine Williams and Wendy Alexander designate Coury M. Jacocks as attorney in charge, please forward all notices and pleadings to the address listed below.

Respectfully Submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

Coury M. Jacocks
State Bar No.: 24014306
15000 Surveyor Blvd., Ste. 100
Addison, Texas 75001
(972) 340-7961
(972) 341-0734 (Facsimile)
CouryJ@bdfgroup.com

**Designation of Attorney in Charge**
BDFTE No. 20120018800848

Page 1

ATTORNEY FOR APPELLEES
EARNESTINE WILLIAMS AND
WENDY ALEXANDER

## CERTIFICATE OF SERVICE

I certify that on __3rd__ day of __April__, 2015, I served a copy of plaintiff's motion for summary judgment on the parties listed below by certified and regular U.S. Mail:

**Via CM/RRR**
**No. 7196 9008 9115 0310 9483**
**and First Class Mail**
Michael Brinkley
Brinkley Law PLLC
P. O. Box 820711
Fort Worth, Texas 76182-0711

**Via CM/RRR**
**No. 7196 9008 9115 0310 9490**
**and Regular US Mail**
Andrew J. Schumacher
Winstead PC
401 Congress Ave., Ste. 2100
Austin, Texas 78701-3798

_____
Coury M. Jacocks